**DISMISS and Opinion Filed August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00388-CV

### 2012 PROPERTIES, LLC, Appellant
### V.
### RYAN POWDRILL AND CITY OF GARLAND, AND
### GARLAND INDEPENDENT SCHOOL DISTRICT, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-40187**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's July 28, 2016 motion to dismiss the appeal. Appellant has

informed the Court that it longer wishes to pursue this appeal. Accordingly, we grant appellant's

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160388F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

2012 PROPERTIES, LLC, Appellant

No. 05-16-00388-CV      V.

RYAN POWDRILL, CITY OF GARLAND,
AND GARLAND INDEPENDENT
SCHOOL DISTRICT, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. TX-13-40187.
Opinion delivered by Chief Justice Wright.
Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered August 9, 2016.